[Nos. 46577-9-II; 46637-6-II.  Division Two.  December 8, 2015.]

*In the Matter of the Marriage of* JACKIE LEE DALY, *Petitioner*, and SCOTT M. RILEY, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 14-3-01930-0, Brian M. Tollefson, J., entered July 11, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Maxa, JJ.

[No. 46781-0-II.  Division Two.  December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY BRINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00487-4, Marilyn K. Haan, J., entered October 6, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.

[No. 46873-5-II.  Division Two.  December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARQUEZE S. APPLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04996-3, Frank E. Cuthbertson, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Melnick and Sutton, JJ.

[No. 47312-7-II.  Division Two.  December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. I.R.G., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-8-00109-4, David L. Edwards, J., entered February 19, 2015. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Maxa, JJ.